UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARLENE PEREZ, et al.,

   Plaintiffs,

  v.

JOHN MUIR HEALTH, et al.,

   Defendants.

Case No. 15-cv-01792-HSG

**SCHEDULING ORDER**

A case management conference was held on July 21, 2015. The Court directed the parties to meet and confer to resolve outstanding scheduling issues. On July 28, 2015, the parties filed a revised proposed schedule, on which they fully agree. Dkt. No. 34 at 11. In accordance with the discussion at the case management conference and the parties' stipulated schedule, the Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
| --- | --- |
| Deadline to Amend Pleadings | September 18, 2015 |
| ENE Deadline | December 15, 2015 |
| Fact Discovery Cutoff | February 5, 2016 |
| Deadline to Exchange Initial Expert Reports | February 12, 2016 |
| Deadline to File Dispositive Motions | February 23, 2016 |
| Deadline to File Oppositions to Dispositive Motions | March 15, 2016 |
| Deadline to File Replies in Support of Dispositive Motions | March 25, 2016 |
| Deadline for Hearing on Dispositive Motion | April 7, 2016 2:00 p.m. |
| Expert Discovery Cutoff | April 22, 2016 |
| Pretrial Conference | June 28, 2016 3:00 p.m. |
| Jury Trial | July 11, 2016 8:30 a.m. / 10 days |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge