JAMES R. ROSEN (SBN: 119438)
JROSEN@ROSENSABA.COM
ELIZABETH L. BRADLEY (SBN: 172272)
EBRADLEY@ROSENSABA.COM
ROSEN SABA LLP
9350 Wilshire Blvd. Suite 250
Beverly Hills, CA 90212
Telephone: (310) 285-1727
Facsimile: (310) 285-1728

Attorneys for Plaintiffs
MARLENE PEREZ AND ROSA CERISANO


MICHAEL D. BRUNO (SBN: 166805)
MBRUNO@GORDONREES.COM
HIEU TRAN (SBN: 280585)
HTRAN@GORDONREES.COM
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
JOHN MUIR HEALTH
(erroneously sued herein as "John Muir Medical Center")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE PEREZ, an individual, and ROSA CERISANO, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN MUIR HEALTH, a California corporation, JOHN MUIR MEDICAL CENTER, an unknown business entity, and DOES 1-20, et al<br><br>        Defendants. | CASE NO. 15-01792 HSG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF TRIAL DATE AND PRETRIAL DATES**<br><br><br>Hon. Judge Haywood S. Gilliam, Jr.<br><br>Complaint Filed: April 21, 2015 |

1

## STIPULATION

Pursuant to Civil Local Rules 40-1 and 7-12, the Plaintiffs Marlene Perez and Rosa Cerisano and Defendant John Muir Health (hereafter collectively referred to as "the Parties"), through their attorneys of record, hereby jointly stipulate to request a continuance of the current trial date of July 11, 2016 to November 2, 2016 or a date thereafter convenient to the Court based on the good cause set forth below.

WHEREAS the trial date for this action is set for July 11, 2016;

WHEREAS lead trial counsel for Defendant, Michael Bruno, has just learned that he is expecting a baby in June 2016 and will be caring for the newborn in the following weeks, impacting his ability meet ongoing demands of trial preparation for this case;

WHEREAS the Complaint was filed in this action on April 21, 2015 in the above-entitled court;

WHEREAS a case management conference was held on July 21, 2015;

WHEREAS trial is presently set in this matter for July 11, 2016;

WHEREAS the pretrial conference is presently set for June 28, 2016;

WHEREAS the discovery cut-off in the case is February 5, 2016;

WHEREAS the Court, pursuant to the July 29, 2015 Case Management Order, referred this matter to Early Neutral Evaluation;

WHEREAS the Parties conducted a joint conference with the appointed Early Neutral Evaluation on December 15, 2015;

WHEREAS the Parties have engaged in initial written discovery and have taken several key witness depositions, and have been diligently working on completing the same;

WHEREAS the Parties are continuing to meet and confer regarding Plaintiffs' intent to seek leave of this Court to file a First Amended Complaint to

2


## STIPULATION

Pursuant to Civil Local Rules 40-1 and 7-12, the Plaintiffs Marlene Perez and Rosa Cerisano and Defendant John Muir Health (hereafter collectively referred to as "the Parties"), through their attorneys of record, hereby jointly stipulate to request a continuance of the current trial date of July 11, 2016 to November 2, 2016 or a date thereafter convenient to the Court based on the good cause set forth below.

WHEREAS the trial date for this action is set for July 11, 2016;

WHEREAS lead trial counsel for Defendant, Michael Bruno, has just learned that he is expecting a baby in June 2016 and will be caring for the newborn in the following weeks, impacting his ability meet ongoing demands of trial preparation for this case;

WHEREAS the Complaint was filed in this action on April 21, 2015 in the above-entitled court;

WHEREAS a case management conference was held on July 21, 2015;

WHEREAS trial is presently set in this matter for July 11, 2016;

WHEREAS the pretrial conference is presently set for June 28, 2016;

WHEREAS the discovery cut-off in the case is February 5, 2016;

WHEREAS the Court, pursuant to the July 29, 2015 Case Management Order, referred this matter to Early Neutral Evaluation;

WHEREAS the Parties conducted a joint conference with the appointed Early Neutral Evaluation on December 15, 2015;

WHEREAS the Parties have engaged in initial written discovery and have taken several key witness depositions, and have been diligently working on completing the same;

WHEREAS the Parties are continuing to meet and confer regarding Plaintiffs' intent to seek leave of this Court to file a First Amended Complaint to

clean up the pleading based on recent discovery, but a stipulation has not yet been reached;

WHEREAS associate trial counsel for Defendant, Hieu Tran, scheduled her wedding for September 3, 2016, based on the July 11, 2016 trial date, and her ability to meet the ongoing demands of trial preparation for this case will be adversely impacted if the trial date is continued from July 11, 2016 to a trial date in August or September 2016;

WHEREAS, the Parties bring this issue to the Court's attention to avoid this scheduling conflict;

WHEREAS the Defendants would be severely prejudiced if they have to proceed with trial on July 11, 2016, given the unavailability of counsel leading up to the trial date;

WHEREAS there has been no prior continuance of the trial date in this matter;

WHEREAS after having engaged in meet and confer discussions, the Parties have agreed to continue the trial date and have all dates, including discovery and motion deadlines, conform to any continued trial date set by this Court; and

For the foregoing reasons, the Parties agree to the following extensions of time:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Fact Discovery Cutoff | February 5, 2016 | June 10, 2016 |
| Deadline to Exchange Initial Expert Reports | February 12, 2016 | June 17, 2016 |
| Deadline to File Dispositive Motions | February 23, 2016 | June 28, 2016 |
| Deadline to File Oppositions to Dispositive Motions | March 15, 2016 | July 19, 2016 |
| Deadline to File Replies | March 25, 2016 | July 29, 2016 |

3

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF TRIAL DATE AND PRETRIAL DATES CASE NO. 15-01792 HSG

| | | |
|---|---|---|
| in Support of Dispositive Motions | | |
| Deadline for Hearing Dispositive Motions | April 7, 2016 – 2:00 p.m. | August 18, 2016 |
| Expert Discovery Cutoff | April 22, 2016 | August 26, 2016 |
| Pretrial Conference | June 28, 2016 – 3:00 p.m. | October 25, 2016 |
| Jury Trial | July 11, 2016 – 8:30 a.m. 10 days | November 7, 2016 – 8:30 a.m. 10 days |

Dated:  December 16, 2015                   GORDON & REES LLP


                                            By: _____/S/_____
                                                MICHAEL D. BRUNO
                                                HIEU TRAN
                                            Attorneys for Defendant
                                            JOHN MUIR HEALTH

Dated:  December 16, 2015                   ROSEN SABA LLP


                                            By: _____/S/_____
                                                JAMES R. ROSEN
                                                ELIZABETH L. BRADLEY
                                            Attorneys for Plaintiffs
                                            MARLENE PEREZ AND ROSA
                                            CERISANO

### [PROPOSED] ORDER

Having considered the Parties' Joint Stipulation to Continue Trial Date, Pretrial Conference, and Certain Pretrial Deadlines, as well as the Court's schedule, the Court hereby continues the Trial dates and all Pretrial dates as requested.

PURSUANT TO STIPULATION

Dated: 12/21/2015

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.
_____, JR.
United States District Judge