UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARLENE PEREZ, et al.,

       Plaintiffs,

    v.

JOHN MUIR HEALTH, et al.,

       Defendants.

Case No.  15-cv-01792-HSG

**ORDER REGARDING STIPULATION TO CONTINUE DEADLINES; STIPULATION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER TO ALLOW FIRST AMENDED COMPLAINT**

Re: Dkt. Nos. 47, 50

      The Court has reviewed (1) the parties' joint stipulation to continue certain discovery deadlines and the related dispositive motion deadlines for good cause, *see* Dkt. No. 47; and (2) the parties' joint stipulation to shorten time for plaintiffs' motion to modify scheduling order to allow filing of first amended complaint to be heard prior to February 23, 2016 dispositive motion deadline, *see* Dkt. No. 50.

## I.   JOINT STIPULATION TO CONTINUE DEADLINES FOR GOOD CAUSE

The Court grants the stipulation with the following modifications:

- The deadline to file oppositions to dispositive motions will be April 14, 2016.
- The deadline to file replies in support of dispositive motions will be April 21, 2016.
- The deadline for hearing dispositive motions will be May 5, 2016 at 2:00 p.m.
- The pretrial conference will be July 5, 2016 at 3:00 p.m.

Furthermore, the Court resets the trial date to

- July 18, 2016 — 8:30 a.m., 10 days.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    For purposes of clarity, the complete schedule is shown below.

2

3

| Event | Date |
|---|---|
| Fact Discovery Cutoff | March 22, 2016 |
| Deadline to Exchange Initial Expert Reports | April 22, 2016 |
| Deadline to File Dispositive Motions | March 31, 2016 |
| Deadline to File Oppositions to Dispositive Motions | April 14, 2016 |
| Deadline to File Replies in Support of Dispositive Motions | April 21, 2016 |
| Deadline for Hearing on Dispositive Motions | May 5, 2016 — 2:00 p.m. |
| Expert Discovery Cutoff | May 20, 2016 |
| Pretrial Conference | July 5, 2016 — 3:00 p.m. |
| Jury Trial | July 18, 2016 — 8:30 a.m., 10 days |

15    II.    **JOINT STIPULATION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS'
       MOTION TO MODIFY SCHEDULING ORDER TO ALLOW FAC**

16        In light of the modified schedule, the March 3, 2016 hearing date regarding plaintiffs' motion

17    to modify the scheduling order to allow filing of first amended complaint precedes the March 22,

18    2016 fact discovery cutoff.  Accordingly, the Court denies as moot the parties' joint stipulation to

19    shorten time for hearing on plaintiffs' motion to modify scheduling order to allow filing of first

20    amended complaint.

21        **IT IS SO ORDERED.**

22    Dated:  January 28, 2016

23

24    HAYWOOD S. GILLIAM, JR.
      United States District Judge

25

26

27

28

2