United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE PEREZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN MUIR HEALTH, et al.,<br><br>    Defendants. | Case No. 15-cv-01792-HSG (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 65 |

The Court is in receipt of Plaintiffs' request for (1) Leave to File Joint Letter Brief Re Discovery Dispute Re "JMH Unit Council Communications" and for Relief from Judge James's In-Person Meet and Confer; or, in the Alternative, (2) an Order Deeming the Discovery Dispute Commenced by the March 29, 2016 Motion Cutoff. Having reviewed the request, the Court GRANTS an extension of time for the parties to meet and confer in person on this issue and, if unable to resolve the dispute, file a joint letter.

**IT IS SO ORDERED.**

Dated: March 30, 2016

                                                                     
MARIA-ELENA JAMES
United States Magistrate Judge