UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE PEREZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN MUIR HEALTH, et al.,<br><br>    Defendants. | Case No. 15-cv-01792-HSG<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER**<br><br>Re: Dkt. No. 74 |

On April 4, 2016, Plaintiffs Marlene Perez and Rosa Cerisano filed a motion to modify the scheduling order, citing Defendants' recent production of 58,000 pages of documents after the March 22, 2016, fact discovery cutoff. Dkt. No. 73 ("Motion to Modify Schedule"). In accordance with the Local Rules, Plaintiffs noticed the hearing on the Motion to Modify Schedule for June 9, 2016. *See id.* On April 11, 2016, Plaintiffs filed a motion to shorten time to enable the Court to hear the Motion to Modify Schedule prior to the impending deadlines to exchange initial expert reports and complete expert discovery. Dkt. No. 74. Plaintiffs represent that Defendants did not respond to Plaintiffs' request for a stipulation shortening time. Dkt. No. 74-1 at 7-8.

Finding good cause, the Court GRANTS Plaintiffs' motion to shorten time and sets the hearing on Plaintiffs' Motion to Modify Schedule for April 14, 2016, at 2:00 pm. Defendants must submit any response to Plaintiffs' Motion to Modify Schedule by 5:00 pm on April 13, 2016. Pending the hearing, Plaintiffs are not required to file their opposition to the pending motion for summary judgment by the current April 14, 2016, deadline.

**IT IS SO ORDERED.**

Dated: April 12, 2016

                                                      HAYWOOD S. GILLIAM, JR.
                                                      United States District Judge