UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE PEREZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN MUIR HEALTH, et al.,<br><br>    Defendants. | Case No. 15-cv-01792-HSG<br><br>**ORDER REGARDING MOTION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND MOTION TO MODIFY SCHEDULING ORDER**<br><br>Re: Dkt. Nos. 71, 73 |

Pending before the Court are two motions brought by Plaintiffs Marlene Perez and Rosa Cerisano: (1) motion to continue the hearing date on Defendants' motion for summary judgment, Dkt. No. 71, and (2) motion to modify the scheduling order, Dkt. No. 73. The court heard oral argument on the motions on April 14, 2016.

As stated on the record during the hearing, the Court sets May 14, 2016, as the deadline by which all discovery must be completed. The parties are ORDERED to fully frame any remaining discovery disputes early enough such that Magistrate Judge James can resolve all disputes, and all discovery can be completed, prior to the May 14, 2016, deadline. This is the parties' responsibility: waiting until near the deadline to bring issues to Judge James's attention will not excuse a failure to fully complete discovery by May 14. Further, absent extraordinary circumstances, the parties are precluded from raising any new discovery disputes that were not brought to Judge James's attention prior to the March 29, 2016, deadline to bring motions to compel.

The parties shall not issue any further written discovery in this action.

Plaintiffs seek to reopen three depositions and take one additional deposition in excess of the ten deposition limit. Dkt. No. 73 at 5. Plaintiffs are not permitted to reopen or notice the four

depositions in dispute absent prior leave from Judge James.

The remainder of the scheduling order is as follows:

| Event | Date |
|---|---|
| Deadline to File Oppositions to Dispositive Motions | May 26, 2016 |
| Deadline to File Replies in Support of Dispositive Motions | June 2, 2016 |
| Deadline to Exchange Initial Expert Reports | June 13, 2016 |
| Deadline for Hearing on Dispositive Motion | June 16, 2016 — 2:00 p.m. |
| Expert Discovery Cutoff | June 24, 2016 |
| Pretrial Conference | August 2, 2016 — 3:00 p.m. |
| Jury Trial | August 22, 2016 — 8:30 a.m. / 10 days |

**IT IS SO ORDERED.**

Dated:   4/18/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge