JAMES R. ROSEN (SBN: 119438)
JROSEN@ROSENSABA.COM
ELIZABETH L. BRADLEY (SBN: 172272)
EBRADLEY@ROSENSABA.COM
**ROSEN ✧ SABA, LLP**
9350 Wilshire Boulevard, Suite 250
Beverly Hills, CA 90212
Telephone: (310) 285-1727
Facsimile: (310) 285-1728

Attorneys for Plaintiffs
MARLENE PEREZ AND ROSA CERISANO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE PEREZ, an individual, and ROSA CERISANO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN MUIR HEALTH, a California corporation, JOHN MUIR MEDICAL CENTER, an unknown business entity, and DOES 1-20, et al <br><br> Defendants. | CASE NO.  15-01792 HSG <br><br> PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE EXCESS PAGES OR, ALTERNATIVELY, TO FILE SEPARATE EVIDENTIARY OBJECTIONS; ORDER <br><br> Hon. Judge Haywood S. Gilliam, Jr. <br> Complaint Filed: April 21, 2015 |

1

PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE EXCESS PAGES OR, ALTERNATIVELY, TO FILE SEPARATE EVIDENTIARY OBJECTIONS, FOR GOOD CAUSE; [PROPOSED] ORDER **[NO. 15-01792 HSG]**

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-11, Plaintiffs Marlene Perez and Rose Cerisano ("Plaintiffs"), hereby move this Court for an order granting leave for Plaintiffs to file a Memorandum in support of their Opposition to Defendant John Muir Health's ("Defendant") Motion for Summary Judgment, or, alternatively, for leave to file a separate pleading, to not exceed five pages, containing Plaintiffs' objections to the evidence offered by Defendant in support of its Motion for Summary Judgment.

Good cause exists for the relief sought. Northern District Local Rule 7-4(b) limits briefs to 25 pages. However, Local Rule 7-11 permits a party to move for administrative relief to exceed the page limit. Defendant's Memorandum in support of its Motion for Summary Judgment includes seven separate declarations. (Docs. #70-1 through 70-11.) (Declaration of Elizabeth L. Bradley ["Bradley Decl."], ¶ 2.] Including exhibits, these declarations span 557 pages. (*Id.*) Plaintiffs have made an earnest effort to conform to the page limit specified in Local Rule 7-4(b). (Bradley Decl., ¶ 3.) However, Plaintiffs' necessary evidentiary objections cause the Opposition to exceed 25 pages. (*Id.*)

//
//
//
//
//
//
//
//
//

Plaintiffs' counsel has attempted to informally resolve this issue with Defendant's counsel by securing a stipulation to the relief requested herein. (Bradley Decl., ¶ 4, Ex. 1.) However, Defendant's counsel declined to stipulate to the requested relief. (*Id.*) Accordingly, Plaintiffs request this Court grant them leave to file a Memorandum in support of their Opposition with an additional five pages, or, alternatively, to file a separate pleading, not to exceed five pages, containing Plaintiffs' evidentiary objections.

Dated:  May 23, 2016                                       Respectfully Submitted,

                                                            ROSEN SABA LLP

                                                    By:   /s/ Elizabeth L. Bradley
                                                          JAMES R. ROSEN
                                                          ELIZABETH L. BRADLEY
                                                          Attorneys for Plaintiffs
                                                          MARLENE PEREZ AND ROSA
                                                          CERISANO

## ORDER

Having reviewed the materials submitted by the parties, the Court finds that good cause exists for the relief sought by Plaintiffs.

Plaintiffs' may file a Memorandum in support of their Opposition to Defendant's Motion for Summary Judgment with an additional five pages, or, in the alternative, Plaintiffs may file a separate pleading, to not exceed five pages, exclusively containing Plaintiffs' objections to Defendant's evidence offered in support of its Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: 5/24/2016

                                                          _____
                                                          HAYWOOD S. GILLIAM, JR.
                                                          United States District Judge

**DENIED**
Judge Haywood S. Gilliam Jr.

PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE EXCESS PAGES OR, ALTERNATIVELY, TO FILE SEPARATE EVIDENTIARY OBJECTIONS, FOR GOOD CAUSE; [PROPOSED] ORDER [NO. 15-01792 HSG]

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                                            )ss
COUNTY OF LOS ANGELES )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 9350 Wilshire Blvd., Suite 250, Beverly Hills, CA 90212.

     On **May 23, 2016**, I served the foregoing document described as: **PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE EXCESS PAGES OR, ALTERNATIVELY, TO FILE SEPARATE EVIDENTIARY OBJECTIONS, FOR GOOD CAUSE; [PROPOSED] ORDER**, on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Michael D. Bruno, Esq.
Hieu Tran, Esq.
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email:  MBRUNO@GORDONREES.COM,  HTRAN@GORDONREES.COM


[√]    By electronic transmission to all parties at the recipients at the electronic address above by using the Court's CM/ECF electronic filing system.

[√]    FEDERAL  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

     Executed on **May 23, 2016**, at Beverly Hills, California.

                             _____/s/ Elizabeth L. Bradley, Esq._____
                                 Elizabeth L. Bradley