1  JAMES R. ROSEN (SBN: 119438)
   JROSEN@ROSENSABA.COM
2  ELIZABETH L. BRADLEY (SBN: 172272)
   EBRADLEY@ROSENSABA.COM
3  ROSEN SABA LLP
   9350 Wilshire Blvd. Suite 250
4  Beverly Hills, CA 90212
   Telephone: (310) 285-1727
5  Facsimile: (310) 285-1728

6  Attorneys for Plaintiffs
   MARLENE PEREZ AND ROSA CERISANO
7

8  MICHAEL D. BRUNO (SBN: 166805)
   MBRUNO@GORDONREES.COM
9  HIEU TRAN (SBN: 280585)
   HTRAN@GORDONREES.COM
10 GORDON & REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
11 San Francisco, CA 94111
   Telephone:  (415) 986-5900
12 Facsimile:  (415) 986-8054

13 Attorneys for Defendant
   JOHN MUIR HEALTH
14 (erroneously sued herein as "John Muir Medical
   Center")
15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| MARLENE PEREZ, an individual, and ROSA CERISANO, an individual, | CASE NO.  15-01792 HSG |
| Plaintiff, | **STIPULATION AND ORDER REGARDING CONTINUANCE OF EXPERT DISCOVERY DEADLINE (June 24, 2016)** |
| vs. | |
| JOHN MUIR HEALTH, a California corporation, JOHN MUIR MEDICAL CENTER, an unknown business entity, and DOES 1-20, et al | |
| | Hon. Judge Haywood S. Gilliam, Jr. |
| Defendants. | Complaint Filed: April 21, 2015 |

---

1

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF EXPERT DISCOVERY
DEADLINE (June 24, 2016) CASE NO.  15-01792 HSG

## STIPULATION

Pursuant to Civil Local Rules 40-1 and 7-12, the Plaintiffs Marlene Perez and Rosa Cerisano and Defendant John Muir Health (hereafter collectively referred to as "the Parties"), through their attorneys of record, hereby jointly stipulate to request a brief extension of the Expert Discovery Deadline (currently June 24), and, with regard to one expert only, the deadline to file a motion in limine.

The requested extension will not affect the pre-trial conference (set for August 2, 2016) or the trial date (August 22, 2016).

Plaintiffs have identified six non-retained medical experts. Two were previously deposed. Defendant noticed all of their depositions for June 23, 2016. However, Plaintiffs' non-retained medical experts are not available for deposition until after the Expert Discovery Deadline of June 24, 2016. These are key witnesses for the plaintiffs.

Defendant identified Dr. Mark Lipian as a retained medical expert. Plaintiffs have noticed Dr. Lipian's deposition for June 24, 2016, or any other day prior to the expert discovery cutoff. However, Dr. Lipian has an annual teaching obligation in France and is unavailable for deposition until July 11, 2016. Dr. Lipian is a key witness for the defense.

The mandatory settlement conference in this case is scheduled for June 28, 2016.

The parties propose briefly continuing the Expert Discovery Deadline to **July 14, 2016**. The parties wish to conserve resources and avoid incurring further cost and expenses related to expert discovery prior to the mandatory settlement conference (June 28). The proposed continuance of the Expert Discovery Deadline would allow Plaintiffs to depose Dr. Lipian on a firm date July 11-13, 2016, in Los Angeles and for Defendants to depose Plaintiffs' experts (retained and/or four non-retained) after the mandatory settlement conference on June 28, 2016.

///

2

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF EXPERT DISCOVERY DEADLINE (June 24, 2016) CASE NO. 15-01792 HSG

Plaintiffs anticipate filing a motion in limine to exclude all or part of Dr. Lipian's testimony.  The parties request that the court allow Plaintiffs to file such a motion by July 15, 2016, and for Defendant to file an opposition by July 19, 2016.  The proposed continuance of this one motion in limine and opposition will provide the court with two weeks to review the matter prior to the pretrial conference, set for August 2, 2016.  The filing deadlines for all other motions in limine would not be affected.

IT IS SO STIPULATED.

Dated:  June 22, 2016

GORDON & REES
SCULLY MANSUKHANI, LLP


By:  _____/S/_____
MICHAEL D. BRUNO
HIEU TRAN
Attorneys for Defendant
JOHN MUIR HEALTH

Dated:  June 22, 2016

ROSEN SABA LLP


By:  _____/s/_____
JAMES R. ROSEN
ELIZABETH L. BRADLEY
Attorneys for Plaintiffs
MARLENE PEREZ AND ROSA CERISANO

## ORDER

Having considered the Parties' Joint Stipulation to Continue the Expert Discovery Deadline of June 24, 2016, the Court hereby continues the dates as requested.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 23, 2016___

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge

3

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF EXPERT DISCOVERY DEADLINE (June 24, 2016) CASE NO.  15-01792 HSG

1103270/28495637v.1